UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** , | : | |
| | | 07-CR-971-RPP |
| | : | |
| vs. | | Criminal Action |
| | : | |
| **DUJON LNU, a/k/a "Dujon Reid"**, **ISHMAEL HOUGHTON,**   **a/k/a "Mel," and** **RAYMOND MARSHALL REID,** | | |
| | : | NOTICE OF APPEARANCE |
| Defendants. | | |
| | : | |

_____

TO THE CLERK OF THIS COURT:

Enter my appearance as counsel in this case for defendant **DUJON LNU, a/k/a  "Dujon Reid".**

I certify that I am admitted to practice in this Court.

*Anthony J. Martone*
_____
Anthony J. Martone
80-02 Kew Gardens Road, Ste 1030
Kew Gardens, New York 11415
(718) 520-7956