UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
UNITED STATES OF AMERICA,

   -against-        Crim. No. S5 07-CR-971 (RPP)

                 Affidavit of Damien Reid

DUJON LNU, aka DAMIEN REID,
_____X

   I, Damien Reid, state the following, under penalties of perjury.

1. My name is Damien Reid and I am a defendant in the above captioned case. I am submitting this affidavit regarding the events of my arrest on October 25, 2007. This affidavit is submitted in support of the motions filed by my attorney in this case.

2. On October 25, 2007, I was arrested by federal agents.

3. I have read the Statement of Facts submitted by my attorney and swear to its contents.

Dated: June \_\_\_\_\_, 2008

               /s/_____
               Damien Reid

Sworn to before me this

\_\_\_\_\_ day of June, 2008

_____
Notary Public

1