UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
UNITED STATES OF AMERICA,

      -against-                      Crim. No. S5 07-CR-971 (RPP)

DUJON LNU, akaDAMIEN REID,
_____X

**CERTIFICATE OF SERVICE**

      This is to certify that on this 18th day of June, 2008, a true and correct copy of the Notice of Motion, Affidavit in Support, and Memorandum of Law in Support was forwarded by mail to all counsel of record in this matter, as follows:

Joselyn Strauber
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of New York
147 Pierrepont Street
Brooklyn, NY 11201

                                           /S/
                                           ANTHONY J. MARTONE, ESQ.
                                           *Attorney for Defendant Damien Reid*